### SNYDER'S CAFE V. QUEEN CITY MARKET CO.
(Decided Feb. 3, 1910.)

APPEAL from Etowah Circuit Court.

Heard before Hon. JOHN W. INZER.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.

---

### TENNESSEE C. I. & R. R. CO. V. GUNN.
(Decided Jan. 13, 1910.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

PERCY, BENNERS & BURR, for appellant.

H. C. MEAD, for appellee.

Per curiam.—Dismissed by agreement of parties.

---

### VINEGAR BEND L. CO. V. SOULE S. S. WORKS.
(Decided Jan. 18, 1910.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

CHARLES L. BROMBERG, and MASSEY WILSON, for appellant.

GREGORY L. & H. T. SMITH, for appellee.

MAYFIELD, J.—Reversed for errors in the admission of evidence.

DOWDELL, C. J., SIMPSON and McCLELLAN, JJ., concur.

---

### WRIGHT, ET AL. V. WRIGHT, ET AL.
(Decided Nov. 18, 1910.)

APPEAL from Lee County Law and Equity Court.

Heard before Hon. A. E. BARNETT.

GEORGE P. HARRISON, and SAMFORD & DUKE, for appellant.

R. B. BARNES, for appellee.

DOWDELL, C. J.—Affirmed.

SIMPSON, McCLELLAN and MAYFIELD, JJ., concur.